CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 06 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOSEPH D. SOLOMON, | ) | |
| Petitioner, | ) | Civil Action No. 7:05CV00351 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| BUREAU OF PRISONS, | ) | By: Glen E. Conrad |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

### ORDERED

that the respondent's motion for summary judgment shall be **GRANTED** and the petition for writ of habeas corpus filed by the petitioner shall be **STRICKEN** from the active docket of the court.

ENTER: This 6th day of December, 2005.

_____
United States District Judge